IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEE NICHOLAS LOFTON, SR.                                                                                    PLAINTIFF

v.                                         Case No. 6:24-cv-06009

JAIL ADMINISTRATOR JOEL R.
WARE; FOOD ADMINISTRATOR
JESSIE HUNDHAUSEN; SHERIFF
MIKE MCCORMIC; and DEPUTRY
KING (All of Garland County
Detention Center)                                                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 30, 2024, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 44). Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 7) be dismissed without prejudice.

Plaintiff has not responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 44) *in toto*. Accordingly, Plaintiff's Amended Complaint (ECF No. 7) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge